CAUSE NO. 09-15-00176-CR
05-02-01288-CR

PRO SE
ALPHA JAMES BADEAUX
V.
THE STATE OF TEXAS

IN THE DISTRICT COURT
359th Judicial District
Montgomery County, TX

FIRST MOTION FOR EXTENSION OF TIME TO FILE FOR
PETITION FOR DISCRETIONARY REVIEW

NO. 09-15-00175 Court of Appeals
13-00176
15-00177   State of Texas
Ninth District

RECEIVED
JUL - 6 2015
CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

TO THE HONORABLE JUDGE OF COURT OF APPEALS
COMES NOW ALPHA JAMES BADEAUX, PETITIONER,
AND FILES THIS MOTION FOR EXTENSION OF TIME, IN
SUPPORT OF THIS MOTION, PETITIONER SHOWS THE
COURT THE FOLLOWING:

I

THE PETITIONER WAS CONVICTED IN THE 359th Court
District OF MONTGOMERY County, TEXAS OF THE
OFFENSE OF INDECENCY WITH A Child, AGGRAVATED
SEXUAL ASSAULT, BURGLARY OF A HABITATION,
STATE OF TEXAS VS. ALPHA JAMES BADEAUX, THE
PETITIONER APPEALED TO THE COURT OF APPEALS,
9th COURT OF APPEAL, THE CASE WAS AFFIRMED ON
FEBRUARY 13, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

## II

THE PRESENT DEADLINE FOR FILING THE PETITION FOR PETITION FOR DISCRETIONARY REVIEW IS WITHIN FIVE DAYS AFTER THE OPINION IS HANDED DOWN. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS AFFIRMING HIS CASE UNTIL FEBRUARY 13, 2015. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER.

WHEREFORE PETITIONER PRAYS THIS COURT GRANT THIS MOTION FOR EXTENSION.

William L. Delmore III
Asst District Attorney
207 W. Phillips, 2nd Fl.
Conroe TX 77301

Alpha Jean Booker
PETITIONER PRO SE
TEXAS DEPT OF CRIMINAL
JUSTICE HUNTSVILLE, TX
T.D.C.J. 1336 551

## CERTIFICATE OF SERVICE

I CERTIFICATE THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME.

COURT OF APPEALS
NINTH District
1001 PEARL St STE 330
BEAUMONT, TX 77701

Respectfully Submitted
Alpha Jean Booker
PETITIONER PRO SE
7-1-2015

(2)

CC: